

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2020

No. 04-20-00507-CV

**IN THE INTEREST OF L.R.S., A CHILD,**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13540
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The trial court signed an order terminating appellant's parental rights on July 17, 2020. Because "termination of the parent-child relationship [was] at issue" in this case, this appeal is governed by the rules of appellate procedure for accelerated appeals. TEX. R. APP. P. 28.4(a); *see also* TEX. FAM. CODE ANN. § 109.002(a-1). In an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment is signed, and that deadline is not extended by the filing of a motion for new trial. TEX. R. APP. P. 26.1(b); *In re G.S.*, No. 04-17-00237-CV, 2017 WL 2457052, at *1 (Tex. App.—San Antonio June 7, 2017, no pet.) (mem. op.). As a result, appellant's notice of appeal was due by August 6, 2020, and a motion for extension of time to file the notice of appeal was due by August 21, 2020. TEX. R. APP. P. 26.1, 26.3; *In re G.S.*, 2017 WL 2457052, at *1.

Appellant filed her notice of appeal on October 14, 2020. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, we **ORDER** appellant to show cause why this appeal should not be dismissed for lack of jurisdiction **by December 3, 2020**. *See id*. If appellant fails to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. All other appellate deadlines are suspended until further order of this court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2020.

MICHAEL A. CRUZ, Clerk of Court